468 A.2d 856

Commonwealth v. Woodward, Appellant.

Submitted September 23, 1983. John Francis Lyons, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.